United States District Court
Eastern District Of Wisconsin

U.S. District Court
Eastern
AUG 2 2018
FILED
Stephen C. Dries, Clerk

Ryan L. Bessert,   Plaintiff

v.

Langlade, County,   Defendant    Case No. _____
et. al.

## Complaint

To: United States District Court
Eastern District Of Wisconsin
Jefferson Court Building
125 South Jefferson Street
Green Bay, WI 54301-4541

**Jury Trial Demanded**

Plaintiff, Ryan L. Bessert, in propria persona, hereby submits his complaint to the court, pursuant to the Americans with Disabilities Act, the Rehabilitation Act, and Title 42 U.S.C. §1983, cause and for a action against the defendants, as follows:

### Statement Of the Claim

Plaintiff, Mr. Ryan L. Bessert, is handicapped (both of Mr. Besserts legs have been amputated) person, became a inmate at the Langlade County Jail on Tuesday, June 6, 2016. He was assigned to, and placed in, a handicap cell (AD Block, Cell #1). On June 9, 2016, he was involuntarily removed from said handicap cell against his will, and placed into a non-handicap cell (1 Block, Cell 1, Bed #1), during which time he experienced great difficulties moving around, getting to and from the sink and toilet, to and from his wheelchair; fell twice; nearly fell several times; and of which has caused him great physical, mental, emotional pain and discomfort; and, pain and suffering.

These conditions caused the plaintiff severe and excruciating physical pain in his right leg-dismembered area,

which had just recently been dismembered.

Plaintiff has made several attempts to be moved back into a handicap cell for accommodation, and to avoid unnecessary legal expense and institution of legal proceedings, but to no avail.

Don Bergbower, Jail Administrator, told the plaintiff "J Block is the best block to be placed in."

Denise Ellis, Jail Inspector, eventually made arrangements to have the plaintiff transfered to a handicap cell for his accommodation on August 12, 2016, where he remained until his release there from.

The defendants actions and inactions herein claimed were both out of malice and per policy.

The defendants have violated plaintiffs civil rights pursuant to Amendment Eight and Fourteen of the United States Constitution, The Americans With Disabilities Act, the Rehabilitation Act, and Title 42 U.S.C. §1983. Inter Alia.

## Damages

Plaintiff is seeking compensatory awards for his injuries, including punitive awards, nominal awards, and other awards available by the court as deemed reasonable given the circumstances and degree of injuries, for pain and suffering; Interest and compounds; Recovery of court fees and cost, and attorney fees and costs (if any); and, actual damages for the recovery of legal material expenses. Among other awards.

I, Ryan L. Bessert, hereby swear under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge.

Dated 7-30-18       Signed Ryan L. Bessert
                           Ryan L. Bessert, Plaintiff