# United States District Court
# Eastern District Of Wisconsin

Ryan L. Bessert,        Plaintiff
    v.
Langlade County,                    Case No. _____
et al.                  Defendants

## Summons

A lawsuit has been filed against you. You must respond to the complaint within __21__ days of service of process upon you to the United States District Court, Eastern District of Wisconsin, Office of the Clerk, Jefferson Court Building, 125 South Jefferson Street, Room 102, Green Bay, WI 54301-4541, in the manner prescribed in the Fed. R. Civ. P., and Local Rules of the Court. Failure of you to respond timely, and in the manner stated herein, may result in default judgment against you for the relief demanded in the complaint, and against any property you may own, in lieu thereof.

Dated this __30__ day of __JULY__ 2018.


Signed, _Ryan L. Bessert_
Ryan L. Bessert, Plaintiff