7-30-18

to: clerk of court's: Eastern District

I RYAN Bessert sent this complaint and summons, I would Also like a file stamped copy sent Back to me.

your's Truly

Ryan L Bessert

RYAN L Bessert